Sherwood J. Reese
Sherwood.reese@comcast.net
Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive, Suite 100
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**GREGORY G.,**

                Plaintiff,

      vs.

Commissioner of Social Security
Administration,

                Defendant.

_____

Civil No. 6:24-CV-01521-JR

**ORDER APPROVING
ATTORNEY FEES PURSUANT TO 42
U.S.C. §406(b)**

      The Commissioner takes no position on the request for a 406(b) award.  Upon consideration of Plaintiff's petition for attorney fees pursuant to 42 U.S.C. §406(b), and Defendant neither opposing nor supporting the application, Plaintiff's counsel Luke Moen-Johnson is hereby awarded attorney fees under the Social Security Act, 42 U.S.C. §406(b) in the gross of $19,656.50, out of which he will refund to Mr. Green Equal Access to Justice ("EAJA")

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -        1

fees received by counsel in the amount of $14,700.00, for a net §406(b) cost to Plaintiff herein of

$4,956.50.   The Commissioner shall deduct from the $19,656.50 any applicable processing fee

prescribed by law and pay Plaintiff's counsel Luke Moen-Johnson the balance from the past-due

benefits the agency withheld from Plaintiff in anticipation of an order under 42 U.S.C. §406(b).

Any attorney fees owing in excess of past-due benefits withheld by the Defendant shall be paid

by Plaintiff.

IT IS SO ORDERED this 10th day of July, 2026.


/s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge


PRESENTED BY:

By:    /s/ SHERWOOD J. REESE
       Sherwood J. Reese, OSB #144130
       Of Attorneys for Plaintiff